JS-6

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| BEVERLY HAYWOOD BURKE, an individual, | CASE NO.: 5:16-cv-01742-BRO-DTB |
|---|---|
| Plaintiff, | ORDER GRANTING **STIPULATION TO DISMISS THE COMPLAINT AND ALL CAUSES OF ACTION THEREIN WITH PREJUDICE** |
| v. | |
| WELLS FARGO BANK, N.A. and DOES 1-100, Inclusive, | |
| Defendants. | [Assigned to the *Hon. Beverly Reid O'Connell*] |

The Court, having read and considered the stipulation submitted by the Parties, and good cause appearing, finds:

This action is dismissed with prejudice.

**IT IS HEREBY ORDERED**

Dated: September 29, 2016

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE